BRIAN R. BLACKMAN (SBN 196996)
bblackman@blaxterlaw.com
J.T. WELLS BLAXTER (SBN 190222)
wblaxter@blaxterlaw.com
DAVID P. ADAMS (SBN 312003)
dadams@blaxterlaw.com
TROY M. HEISMAN (SBN 343572)
theisman@blaxterlaw.com
BLAXTER | BLACKMAN LLP
601 Montgomery Street, Suite 1110
San Francisco, California 94111
Telephone: (415) 550-7700

Attorneys for defendant WHOLE
FOODS MARKET CALIFORNIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRINA HARRISON,<br><br>          Plaintiff,<br><br>     v.<br><br>WHOLE FOODS MARKET CALIFORNIA, INC., erroneously sued as WHOLE FOODS MARKET<br><br>          Defendant. | Case No. 4:20-cv-04867-JSW<br>   ORDER REGARDING<br>**DEFENDANT'S REQUEST FOR RULING ON SUPPLEMENTAL JURISDICTION**<br><br>Complaint Filed: July 17, 2020<br>Trial Date: July 15, 2026 |

Pursuant to Paragraph 2 of this Court's Standing Order, defendant Whole Foods Market California, Inc. ("WFMCA" or "Defendant") respectfully requests a ruling on supplemental jurisdiction.

On September 18, 2020, WFMCA filed a Motion to Dismiss the entirety of Plaintiff's Complaint.  ECF No. 22.  On December 17, 2020, the District Court granted WFMCA's Motion to Dismiss, dismissing all of Plaintiff's causes of action and denying Plaintiff leave to amend. ECF No. 37.  Plaintiff appealed the Court's ruling to the Ninth Circuit, and on July 22, 2021, the Court of Appeals affirmed in part, vacated in part, and remanded the District Court's ruling.  ECF No. 43. As part of the remand, the District Court was left to decide whether to exercise supplemental jurisdiction on Plaintiff's Assault and Intentional Infliction of Emotional Distress state claims.  *Ibid*.

As of the date of this filing, the District Court has yet to affirmatively rule on whether it will exercise supplemental jurisdiction on these state claims.  Trial has been set for July 15, 2026. Therefore, WFMCA respectfully requests a ruling on supplemental jurisdiction so that the parties may prepare for trial.

Dated: February 13, 2026

BLAXTER | BLACKMAN LLP

By    _____
*/s/ Troy M. Heisman*
TROY M. HEISMAN
Attorneys for Defendant
WHOLE FOODS MARKET CALIFORNIA, INC.,
erroneously sued as WHOLE FOODS MARKET

The Court will exercise supplemental jurisdiction over Plaintiff's state law claims for assault and intentional infliction of emotional distress pursuant to 28 U.S.C. section 1367(c)(3) and her remaining federal claim under 42 U.S.C. section 1981 for intentional discrimination.

IT IS SO ORDERED.

Dated:  February 19, 2026    _____

- 1 -                                   Case No. 4:20-cv-04867-JSW

REQUEST FOR RULING ON SUPPLEMENTAL JURISDICTION